DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RONALD LEWERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3081

_____

September 15, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Nancy Moate Ley and Philippe Matthey, Judges.

Ronald Lewers, pro se.

PER CURIAM.

　　Affirmed.

SILBERMAN, LaROSE, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.